Decided December 17, 2009

## RONALD STRANO *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald Strano's petition for certification for appeal from the Appellate Court, 118 Conn. App. 901 (AC 29778), is denied.

*Matthew Collins*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided December 17, 2009

## DEBRA PEREZ *v.* D AND L TRACTOR TRAILER SCHOOL

The plaintiff's petition for certification for appeal from the Appellate Court, 117 Conn. App. 680 (AC 29172), is denied.

*Norman Pattis* and *Robert Berke*, in support of the petition.

*Daniel Shepro*, in opposition.

Decided January 5, 2010